UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOMECKA DELAHOUSSAYE FAULK, | : | CIVIL ACTION NO: 08-cv-03625 c/w |
| individually and as personal representative | : | 08-cv-5234 |
| of JAMES RAY FAULK, SR., and on | : | |
| behalf of her minor child, TEKIAN | : | REF: 08-cv-03625 |
| DELAHOUSSAYE | : | |
| | : | CHIEF JUDGE HELEN G. BERRIGAN |
| VERSUS | : | |
| | : | MAGISTRATE JOSEPH C. WILKINSON, |
| AIR LOGISTICS, L.L.C. | : | JR. |

*******************************************************************************

## ORDER

CONSIDERING THE FOREGOING Joint Motion to Dismiss:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims and actions

asserted by Tomecka Delahoussaye Faulk, individually and on behalf of her minor child, Tekian

Delahoussaye, in the referenced lead consolidated case, 08-cv-3625, be and the same are hereby

dismissed, in their entirety, with prejudice, each party to bear its own costs. Claims in civil action 08-5234 remain pending.

**THUS DONE AND SIGNED** at New Orleans, Louisiana, on this  8th  day of

_____April_____, 2009.

_____

UNITED STATES DISTRICT COURT JUDGE